39 A.3d 992

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mason Harris GRAY, Petitioner.**

Supreme Court of Pennsylvania.

March 7, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of March 2012, the Petition for Allowance of Appeal is DENIED. The Application for Relief is also DENIED.